UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| **GX FARMS, a California Corporation,** | Case No. 1:20-CV-00610-NONE-HBK |
| **Plaintiff,** | |
| v. | **ORDER OF VOLUNTARY DISMISSAL WITH PREJUDICE UNDER FED. R. CIV. P. 41(A)(1)(A)(ii)** |
| **H.E.M.P. GROUP, LLC, JOHN LEE, S. MARK SPOONE, a person currently known only as JAY MR. NICE GUY, and DOES 1-20, inclusive,** | |
| **Defendants**. | |

On November 12, 2020, the parties' filed a "Joint Stipulation and Order for Dismissal with Prejudice," (ECF No. 16), jointly stipulating to dismissal under Fed. R. Civ. P. 41(a)(1)(A)(ii), with prejudice, noting that the parties have settled the matter, including all claims and counterclaims, and further noting each party bears their own attorneys' fees and costs.

Accordingly, based on the parties' Joint Stipulation under Rule 41(a)(1)(A)(ii), the Scheduling Conference that was previously continued and currently scheduled to take place on December 4, 2020 **is canceled** and this case is dismissed with prejudice. *See Id.*; *see also Wilson v. City of San Jose*, 111 F.3d 688, 692 (9th Cir. 1997). The Clerk of Court is respectfully directed to assign this case to a district judge and then to close this case.

IT IS SO ORDERED.

Dated:  December 2, 2020

HELENA M. BARCH-KUCHTA
UNITED STATES MAGISTRATE JUDGE